UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                     :

ROBERT WEEKES, *individually and on behalf of all*     :
*others similarly situated*,                           :
                                                     :

                           Plaintiff,      :             22-CV-0286 (JMF)
                                                       :

                  -v-                       :                 <u>ORDER</u>
                                                      :

MOOV INC.,                                             :
                                                       :

                         Defendant.     :
                                                        :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's January 13, 2022 Order, ECF No. 5, the parties were required to
file a joint letter, the contents of which are described therein, no later than two weeks after
Defendant appeared in the case.  Defendant entered a notice of appearance on February 17, 2022.
ECF No. 6.  To date, the parties have not filed the required joint letter.  As a courtesy, the
parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **March 14, 2022**.

       SO ORDERED.

Dated: March 7, 2022
      New York, New York                                      _____
                                                   JESSE M. FURMAN
                                            United States District Judge