UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT WEEKES, *individually and on behalf of all others similarly situated*,

                      Plaintiff,

      -v-

MOOV INC.,

                      Defendant.
------------------------------------------------------------------X

22-CV-0286 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's January 13, 2022 and March 7, 2022 Orders, *see* ECF Nos. 5, 9, the parties were required to file a joint letter, the contents of which are described in the former order, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on February 17, 2022. ECF No. 6. To date, the parties have not filed the required joint letter, despite the Court's March 7, 2022 Order reminding them of their obligation and extending the deadline *nunc pro tunc*. The parties' deadline is hereby EXTENDED once again, *nunc pro tunc*, to **March 23, 2022. If the parties fail to comply, sanctions may be imposed.**

      SO ORDERED.

Dated: March 16, 2022
       New York, New York

                                                    JESSE M. FURMAN
                                               United States District Judge