UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ROBERT WEEKES, *individually and on behalf of all* :
*others similarly situated*, :
:
                        Plaintiff, :         22-CV-286 (JMF)
:
    -v- :         <u>ORDER</u>
:
MOOV INC., :
:
                        Defendant. :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 28, 2022 Order, Defendant was required to, no later than May 6, 2022, (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. *See* ECF No. 18. To date, Defendant has not complied. As a courtesy, Defendant's deadline is hereby EXTENDED *nunc pro tunc* to **May 17, 2022**. Failure to comply with the new deadline may result in Defendant being deemed in default.

      As noted in the Court's March 28, 2022 Order, if Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendant files a new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      SO ORDERED.

Dated: May 12, 2022                             _____
       New York, New York                          JESSE M. FURMAN
                                                             United States District Judge