UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ROBERT WEEKES, *individually and on behalf of all* :
*others similarly situated*, :
: 22-CV-286 (JMF)
      Plaintiff, :
: ORDER
  -v- :
:
MOOV INC., :
:
      Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  In light of Defendant's new motion to dismiss, *see* ECF No. 21, Defendant's earlier motion to dismiss filed at ECF No. 16 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **May 31, 2022**. Defendant's reply, if any, is due by **June 7, 2022**. Additionally, the conference (currently scheduled for July 27, 2022, *see* ECF No. 16) is ADJOURNED *sine die*.

  The Clerk of Court is directed to terminate ECF No. 16.

  SO ORDERED.

Dated: May 18, 2022          _____
   New York, New York          JESSE M. FURMAN
                    United States District Judge