UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ROBERT WEEKES, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

MOOV INC.,

                Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-00286-JMF

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Robert Weekes hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Moov Inc.

DATED:  July 13, 2022            **MIZRAHI KROUB LLP**

                                                    /s/ Edward Y. Kroub
                                                EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

SO ORDERED.

*[signature]*

July 14, 2022